IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–12–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| AUSTEN CHRISTOPHER LEE NEWTON, | |
| Defendant. | |

Before the Court is Defendant Cameron Lee Newton's Unopposed Motion to Vacate and Reset Final Revocation Hearing.[1] (Doc. 69.) Defendant seeks to vacate the hearing scheduled for November 6, 2025, in order to pursue inpatient drug treatment. (*Id.* at 1.) While the Court commends Defendant's decision to seek treatment, Defendant must first appear in front of this Court on the pending Petition for Revocation of Supervised Release.

Accordingly, IT IS ORDERED that the Motion (Doc. 69) is DENIED.

---

[1] Though the Motion is captioned as an "Unopposed Motion," the Government's position defers to the discretion of this Court. (*See* Doc. 69 at 2.) The Motion is therefore not "unopposed."

DATED this 4th day of November, 2025.

Dana L. Christensen, District Judge
United States District Court