IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTEN CHRISTOPHER LEE NEWTON,<br><br>Defendant. | CR 23–12–M–DLC<br><br><br><br>ORDER |

On November 6, 2025, the Court held a final hearing on the revocation for Defendant Austen Christopher Lee Newton. During the hearing, and upon agreement of the parties, the Court indicated on the record that Defendant's criminal history category is III, when in fact the correct calculation places Defendant's criminal history category at II. Though this calculation does not change the sentence imposed at the revocation, including the term of custody and period of supervised release, the Court nonetheless issues this Order to correct the record.

Accordingly, IT IS ORDERED that the record of Defendant's final revocation hearing, held on November 6, 2025, is hereby amended to reflect that Defendant's criminal history category is II.

DATED this 7th day of November, 2025.

_____
Dana L. Christensen, District Judge
United States District Court